Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN LEOPOLDO FIORILLA, AS
TRUSTEE FBO JOHN LEOPOLDO
FIORILLA TRUST U/A/D 06-25-2003,

    Plaintiff,

v.

CITIGROUP GLOBAL MARKETS, INC.
and EDWARD JAMES MULCAHY, JR.,

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/17

No. 17 Civ. 5123 (PKC)

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Priyanka Timblo, and subject to the approval of the Court, Priyanka Timblo hereby withdraws as counsel for defendants Citigroup Global Markets, Inc. and Edward James Mulcahy, Jr. in the above-captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Citigroup Global Markets, Inc. and Edward James Mulcahy, Jr. in these proceedings.

Dated: September 28, 2017
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Priyanka Timblo
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 373-3000
ptimblo@paulweiss.com

*Application granted*

**SO ORDERED:**
9/28/17
_____
**U.S.D.J.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LEOPOLDO FIORILLA, AS TRUSTEE FBO JOHN LEOPOLDO FIORILLA TRUST U/A/D 06-25-2003,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP GLOBAL MARKETS, INC. and EDWARD JAMES MULCAHY, JR.,<br><br>Defendants. | No. 17 Civ. 5123 (PKC) |

## DECLARATION OF PRIYANKA TIMBLO

I, PRIYANKA TIMBLO, declare as follows:

1. I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Citigroup Global Markets, Inc. and Edward James Mulcahy, Jr. in this matter. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss.

2. Paul, Weiss will continue to represent Citigroup Global Markets, Inc. and Edward James Mulcahy, Jr. in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, 1 declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2017
New York, New York

By _____
Priyanka Timblo

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

NICOLAS T. BRODINE, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On September 28, 2017, I served a true copy of the: NOTICE OF WITHDRAWAL OF COUNSEL and DECLARATION OF PRIYANKA TIMBLO on the following:

>Mary E. Reisert, Esq.
>Citigroup Global Markets, Inc.
>Office of General Counsel
>388 Greenwich St., Fl. 17
>New York, NY 10013
>
>Eris Jaso
>Spiro Harrison
>830 Morris Tpke
>Short Hills, NJ 07078

3. I made such service by personally enclosing a true copy of the aforementioned document in properly addressed pre-paid wrappers and delivering them to a Federal Express office for Overnight delivery prior to the latest time designated by Federal Express for Overnight delivery.

_____
Nicolas T. Brodine

Sworn to before me this
28th day of September, 2017.

_____
Notary Public

**TREVOR J. HILL**
**Notary Public, State of New York**
**No. 60-6181594**
**Qualified in Westchester County**
**Certificate Filed in New York County**
**Commission Expires February 4, 2020**