UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN LEOPOLDO FIORILLA, as Trustee FBO
John Leopoldo Fiorilla Trust U/A/D 06-25-2003,

                         Plaintiff,

          -against-

CITIGROUP GLOBAL MARKETS, INC. and
EDWARD JAMES MULCAHY, JR.,

                         Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-18

17-cv-5123 (PKC)

ORDER

CASTEL, U.S.D.J.

On October 23, 2017, after defendants moved to dismiss the First Amended Complaint, the Court granted plaintiffs' motion for leave to file a Second Amended Complaint. (Docket # 26.)  Defendants thereafter filed a motion to dismiss the Second Amended Complaint, which is sub judice.  (Docket # 27.)

Based on the Court's review of the docket, however, it appears that plaintiff never filed a Second Amended Complaint.  Only a Proposed Second Amended Complaint was filed, and was designated as a Notice of Motion.  (Docket # 24.)

Plaintiff is directed to file his Second Amended Complaint upon receipt of this Order.  Separately, the Clerk is directed to terminate defendants' motion to dismiss the First Amended Complaint (Docket # 16), which was made moot by the filing of the Second Amended Complaint.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 18, 2018